IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ROSETTA RICHARDSON, CURTIS
FORBES, JR., AND CYNTHIA DIAZ,

      Appellants,

  v.

                        Case No.     5D21-3038
                        LT Case No. 2020-CC-7304

LILY COMMUNITY INVESTMENTS, LLC,

      Appellee.

_____/

Decision filed November 1, 2022

Appeal from the County Court
for Orange County,
Brian F. Duckworth, Judge.

La-Zondra C. Randolph, of Law Offices
of La-Zondra C. Randolph, Orlando, for
Appellants.

Brooke R. Skaggs, of Warren &
Skaggs, PLLC, Orlando, for Appellee.

PER CURIAM.

     AFFIRMED.

COHEN, TRAVER and NARDELLA, JJ., concur.